**DISMISS; Opinion Filed September 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01254-CV
No. 05-13-01255-CV
No. 05-13-01256-CV
No. 05-13-01257-CV

**IN RE TROY LEE PERKINS, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

# MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lewis
Opinion by Justice Moseley

Before the Court is relator's petition for writ of mandamus asking this Court to order the trial court to allow him to appeal his criminal conviction. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction over relator's petition. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010); *In re Vasquez*, No. 04-12-00314-CR, 2012 WL 2125956, at *1 (Tex. App.—San Antonio June 13, 2012, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Jim Moseley/

131254F.P05

JIM MOSELEY
JUSTICE